[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 440.]

THE STATE EX REL. HOWARD, APPELLANT, *v*. SEAWAY FOODTOWN, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Howard v. Seaway Foodtown, Inc.*, 2002-Ohio-1242.]

*Appellate procedure—Court of appeals' judgment affirmed—Motions to strike, to certify the record to the United States Supreme Court, and to reverse and remand denied.*

(No. 01-1624—Submitted January 8, 2002—Decided March 20, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-1097.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals. The motion to strike, the amended motion to certify the record to the United States Supreme Court, and the motion to reverse and remand are denied.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

*Gregory T. Howard, pro se.*

*Eastman & Smith, Ltd., Thomas A. Dixon* and *Margaret Mattimoe Sturgeon,* for appellee Seaway Foodtown, Inc.

*Betty D. Montgomery,* Attorney General, and *Thomas L. Reitz*, Assistant Attorney General, for appellees Ohio Bureau of Workers' Compensation and Industrial Commission.

_____